UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:09-MJ-01545

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | DISMISSAL |
| BENJAMIN D. CREED ) | ORDER |
| ) | |

The GOVERNMENT moves for dismissal without prejudice of the above-captioned case for the following reason: Prosecutorial Discretion – the U.S. Army has subjected the defendant to punishment under the Uniform Code of Military justice (10 U.S.C. § 815)

Offense: Driving While Intoxicated & Failure to Maintain Lane

Category: Class A misdemeanor

Offense Date: 5/2/2009

Submitted on: 10/21/2013

/s/ Yolanda McCray Jones
YOLANDA MCCRAY JONES
Special Assistant U.S. Attorney
XVIII Airborne Corps & Fort Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed without prejudice.

This __21st__ day of __October__, 2013.

_____
United States Magistrate Judge